**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:07-cr-21-J-33HTS

ERIC HENRY

## O R D E R

This matter is before the Court on the Motion to Incur Costs of Interpreter to Translate and Transcribe Surveillance Video and Phone Conversations Captured During the Investigation of this Case (Doc. #62; Motion).  The Court finds that the requested services are necessary and that Defendant is financially unable to obtain them.  It is hereby

**ORDERED:**

The Motion (Doc. #62) is **GRANTED** to the extent counsel for Defendant is hereby authorized to obtain the services of an interpreter, pursuant to 18 U.S.C. § 3006A(e), to assist in the preparation of Defendant's defense.  Counsel shall not exceed $1200.00 in obtaining these services without further advance permission of this Court.  However, prior to incurring such expense, counsel shall ensure that the government has not procured a translated transcript that is satisfactory to him.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of April, 2007.

/s/   Howard T. Snyder  
HOWARD T. SNYDER  
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Pashayan)
William Charles Fletcher, Esquire